IN THE CIRCUIT COURT OF THE
17TH JUDICIAL CIRCUIT, IN AND
FOR BROWARD COUNTY, FLORIDA

CASE NO.

**SARAI SUAREZ,**

       Plaintiff,

vs.

**ABERCROMBIE & FITCH STORES,
INC., d/b/a HOLLISTER CO.,**

       Defendant.
_____/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, SARAI SUAREZ, by and through undersigned counsel and sues the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., and alleges as follows:

1. That this is an action for damages in excess of Fifty Thousand ($50,000.00) Dollars, which exceeds the jurisdictional limits of this Court.

2. That the Plaintiff, SARAI SUAREZ, at all times material and relevant hereto was a resident of Hialeah, Miami-Dade County, Florida, and is sui juris.

3. That the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., is and has been at all times material hereto licensed to do business in the State of Florida.

4. That on or about April 9, 2023, the Plaintiff, SARAI SUAREZ, was lawfully on the premises of the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., located at 12801 West Sunrise Boulevard, Sunrise, Broward County, Florida, as a business invitee.

5. That on or about April 9, 2023, the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., by and through its agents, employees, and/or servants, had exclusive dominion, possession and control of the premises.

6. That on or about April 9, 2023, the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., by and through its agents, employees, and/or servants, negligently and carelessly maintained the above mentioned premises, to-wit: by allowing the bench in the dressing room on the Defendant's premises to remain in disrepair. The Plaintiff sat on the bench in the dressing room and the bench collapsed, causing the Plaintiff, SARAI SUAREZ, to fall and seriously injure herself.

7. That the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., either knew or should have known of the existence of the dangerous condition of the common area and should have taken steps to warn the Plaintiff, SARAI SUAREZ, of the existence of the dangerous condition.

8. That the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., had a non-delegable duty to maintain the common areas in a reasonably safe and proper condition for the general public.

9. That the Defendant failed to maintain said common areas in a safe and proper condition.

10. That the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., was negligent in creating or permitting the aforementioned dangerous and hazardous condition to remain upon the premises, rendering said premises dangerous and unsafe for the Plaintiff.

11. That the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., failed to warn the Plaintiff, SARAI SUAREZ, of the aforementioned condition and the risk involved in as much as the presence of the Plaintiff, SARAI SUAREZ, was known or reasonably foreseeable by the Defendant, ABERCROMBIE & FITCH

STORES, INC., d/b/a HOLLISTER CO., and the Plaintiff, SARAI SUAREZ, neither knew nor should have known of said condition and risk by the use of reasonable care.

12. That as a result of the Defendant's negligence, Plaintiff, SARAI SUAREZ, was severely injured.

13. That as a direct and proximate result of the negligence of the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., the Plaintiff, SARAI SUAREZ, was injured in and about her body and extremities, suffered pain therefrom, suffered physical handicap, lost wages, loss of ability to earn money in the past and in the future, aggravation of a previously existing condition and suffered the inability to lead a normal life; all of which are permanent and continuing in nature.

14. In addition, as a direct and proximate result of the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., the Plaintiff, SARAI SUAREZ, incurred medical expenses in the treatment of injuries and will continue to incur said expenses in the future.

WHEREFORE, Plaintiff demands judgment for damages against the Defendant, ABERCROMBIE & FITCH STORES, INC., d/b/a HOLLISTER CO., and a trial by jury of all issues triable as a right by a jury.

DATED this <u>17th day of July 2024</u>.

Respectfully submitted,

LAW OFFICES OF WILLIAM C. RUGGIERO
Attorneys for Plaintiff
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida  33301
Phone:  (954) 462-2300
Email:  Ruggiero@wcrlaw.com

BY:  /s/ *William C. Ruggiero*
WILLIAM C. RUGGIERO
Florida Bar No. 878499

WCR:frt

# EXHIBIT A