UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-62258-SINGHAL

SARAI SUAREZ,

    Plaintiff,

v.

ABERCROMBIE & FITCH STORES, INC,
d/b/a HOLLISTER CO.,

    Defendant,
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Defendant, ABERCROMBIE & FITCH STORES, INC. d/b/a HOLLISTER CO. ("ABERCROMBIE"), by and through undersigned counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby files its Certificate of Interested Parties and Corporate Disclosure Statement as follows:

**Certificate of Interested Parties**

1. Abercrombie & Fitch Stores, Inc. d/b/a Hollister Co.
   *Defendant*

2. Schuyler A. Smith, Esq.
   *Counsel for Abercrombie*

3. Marta R. Golani, Esq.
   *Counsel for Abercrombie*

4. Hamilton, Miller & Birthisel LLP
   *Counsel for Abercrombie*

5. Sarai Suarez
   *Plaintiff*

6. William C. Ruggiero, Esq.
   *Counsel for Plaintiff*

CASE NO. 24-cv-62258-SINGHAL

## Corporate Disclosure

ABERCROMBIE & FITCH STORES, INC. is an Ohio corporation, incorporated under the laws of Ohio with its principal place of business in Ohio.  Hollister Co. is incorporated in Delaware with its principal place of business in Ohio.  Abercrombie & Fitch, Co. is a publicly held corporation, incorporated under the laws of Ohio with its principal place of business in Ohio, and is a parent company to both Abercrombie & Fitch Stores, Inc. and Hollister Co.

**DATED**:  December 4, 2024.

Respectfully submitted,

*/s/ Marta R. Golani*
Schuyler A. Smith, Esq.
Florida Bar No. 70710
ssmith@hamiltonmillerlaw.com
Marta R. Golani, Esq.
Florida Bar No. 037331
mgolani@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131-2332
Phone: (305) 379-3686
Fax:   (305) 379-3690
***Counsel for Defendant, ABERCROMBIE & FITCH STORES, INC.***

CASE NO. 24-cv-62258-SINGHAL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

*/s/ Marta R. Golani*
Marta R. Golani, Esq.

## SERVICE LIST

William C. Ruggiero, Esq.
LAW OFFICES OF WILLIAM C. RUGGIERO
Museum Plaza, Suite 703
200 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone: (954) 462-2300
Email: Ruggiero@wcrlaw.com
*Attorneys for Plaintiff*

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690